```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 06936
TAFT E WALKER
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
SSN XXX-XX-4863


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/14/06 and confirmed on 09/14/06.

     2.  The case was dismissed after confirmation, 10/26/2007.

     3.  The Debtor paid a total of $   12178.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG          .00          .00            .00
GMAC RESCAP LLC            MORTGAGE ARRE    49861.15          .00        8426.44
MONTEREY FINANCIAL SVCS    SECURED            750.00          .00         750.00
DIRECT TV                  UNSECURED        NOT FILED         .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED           568.94         .00            .00
SPRINT                     UNSECURED        NOT FILED         .00            .00
TCF NATIONAL BANK          UNSECURED        NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED         .00            .00
MONTEREY FINANCIAL SVCS    UNSECURED           751.03         .00            .00
HFC/BENEFICIAL             UNSECURED              .00         .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 50611.15         .00      1319.97        .00      51931.12
PRINCIPAL PAID      9176.44         .00          .00        .00       9176.44
INTEREST PAID           .00         .00          .00        .00            .00
TOTAL PAID          9176.44         .00          .00        .00       9176.44
The Debtor's attorney, PATRICK A MESZAROS          , was allowed $    3000.00
and was paid $    500.00  direct and $    2500.00  through the plan.

The Trustee received $     501.56 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/10/08                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
     CASE NO. 06 B 06936 TAFT E WALKER
```